| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO: | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA  91030 | (626) 799-9797<br><br>tprlaw@att.net<br>Ref. No. or File No.<br>NERY'S BAR & GRILL 2/25/06 | |
| ATTORNEY FOR (Name): PLAINTIFF | | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
940 FRONT STREET
SAN DIEGO, CA  92101-8900

PLAINTIFF/PETITIONER
J& J SPORTS PRODUCTIONS, INC.

DEFENDANT/RESPONDENT
ARRIAZATRUJILLO

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER:<br>CV080321BENJMA |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the
   SUMMONS & COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AS TO INTERESTED PARTIES

3. a. Party served:   NERY ARRIAZATRUJILLO A/K/A NERY J. TRUJILLO,
                      INDIVIDUALLY AND D/B/A NERY'S BAR & GRILL

4. Address where the party was served:   8727 SPRING VISTA WAY
   (Residence)                            SPRING VALLEY, CA  91977

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on:   May 16, 2008 at: 02:45 pm
   under the following Code of Civil Procedure section:
                      SERVICE MADE PURSUANT TO FRCP 4(e)(2)

7. **Person who served papers**
   a. S. VARELA
   b. ABSOLUTE SERVICE OF LOS ANGELES
      1301 WEST SECOND STREET, SUITE 204
      LOS ANGELES, CA 90026
   c. (213) 481-7334

   d. **The fee** for service was: $65.00
   e. I am: (3) registered process server.
      (i) independent contractor
      (ii) Registration No.: 1419
      (iii) County: SAN DIEGO

8. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 23, 2008

                                                                S. VARELA

Judicial Council form POS-010 Rev. 01/01/07                PROOF OF SERVICE                    10016-1/asgenp