# UNITED STATES DISTRICT COURT

### Southern District of California

J & J Sports Productions, Inc.

                                        Plaintiff,

v.                                                          Case No.: 3:08−cv−00321−BEN−JMA
                                                            Judge  Roger T. Benitez

Nery Arriazatrujillo

                                        Defendant.

---

### DEFAULT

It appears from the records in the above entitled action that Summons issued on the Original Complaint filed on 2/19/2008 has been regularly served upon each of the Defendants hereinafter named; and it appears from the records herein that each of the Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure. Now, therefore, the DEFAULT of each of the following Defendants is hereby entered.

Nery Arriazatrujillo, individually and d/b/a Nerys Bar & Grill

W. Samuel Hamrick, Jr.,
Clerk of the Court

ENTERED: 7/10/08

By: s/ J. Hathaway, Deputy Clerk