1  **Thomas P. Riley, SBN 194706**
   **LAW OFFICES OF THOMAS P. RILEY, P.C.**
2  **First Library Square**
   **1114 Fremont Avenue**
3  **South Pasadena, CA 91030-3227**

4  **Tel:  626-799-9797**
   **Fax: 626-799-9795**
5  **TPRLAW@att.net**

6  **Attorneys for Plaintiff**
   **J & J Sports Productions, Inc.**

7
                    **UNITED STATES DISTRICT COURT**
8                   **SOUTHERN DISTRICT OF CALIFORNIA**

9

10  **J & J Sports Productions, Inc.,**            **Case No. CV 08-0321 BEN-JMA**

11              **Plaintiff,**                       **NOTICE OF APPLICATION AND**
                                                      **APPLICATION FOR DEFAULT**
12                  **vs.**                           **JUDGMENT BY THE COURT**

13
    **Nery Arriazatrujillo, et al.,**                **For: Honorable Roger T. Benitez**
14

15              **Defendant.**                       **Date: Monday, October 6, 2008**

16                                                    **Time:  10:30 AM**

17

18   **TO THE HONORABLE ROGER T. BENITEZ, THE DEFENDANT AND**

19   **HIS ATTORNEYS OF RECORD:**

20

21      **PLEASE TAKE NOTICE THAT** on Monday, October 6, 2008, at 10:30 AM or as soon

22   thereafter as this matter may be heard by the above entitled United States District Court, located at

23   880 Front Street, San Diego, CA 92101, Plaintiff will present its Application for Default Judgment

24   against Defendant Nery Arriazatrujillo a/k/a Nery J. Trujillo, individually and d/b/a Nery's Bar &

25   Grill.

26      The Clerk has previously entered the default of said Defendant on or about July 10, 2008.

27   At the time and place of hearing, Plaintiff will present proof of the following matters:

28   ///

     NOTICE OF APPLICATION AND APPLICATION
     FOR DEFAULT JUDGMENT BY THE COURT
     CASE NO. CV 08-0321 BEN-JMA
     PAGE 1

1.    Defendant is not an infant or incompetent person, or in military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940; and,

2.    Defendant has not appeared in this action; and,

3.    Notice of this Application for Default Judgment by Court and supplemental pleadings were served on said Defendant; and,

4.    Plaintiff is entitled to judgment against the Defendant on the claims pled in the complaint. To wit:

      A.    By contract, Plaintiff paid for the proprietary rights to distribute the *Fernando Vargas v. Shane Mosley Championship Fight Program* broadcast of February 25, 2006, via closed-circuit television (hereinafter referred to as the "Program").

      B.    With full knowledge that the Program was not to be intercepted, received, and/or exhibited by entities unauthorized to do so, the above named Defendant, and/or his agents, servants, workmen, and/or employees, did unlawfully intercept, receive and thereafter exhibit the Program at the time of the transmission at the address of the establishment, "Nery's Bar & Grill", a food and drink operated by Defendant, and located at 7149 El Cajon Boulevard, San Diego, California 92115. Please see the concurrently filed Declaration of Affiant.

      C.    Said unauthorized reception, interception and/or exhibition of the Program by said Defendant was done willfully and for the purpose of direct or indirect commercial advantage or private financial gain.

      D.    The unauthorized publication or use of communications, such as the transmission for which Plaintiff had the distribution rights, is prohibited by Title 47 U.S.C., Section 605, *et seq.*

      E.    The unauthorized reception, interception and exhibition of the Program at the address of the Defendant's establishment as described herein, is also prohibited by Title 47 U.S.C. sec. 553, *et seq.*

NOTICE OF APPLICATION AND APPLICATION
FOR DEFAULT JUDGMENT BY THE COURT
CASE NO. CV 08-0321 BEN-JMA
PAGE 2

F.    By said acts of receiving, intercepting and exhibiting the Program at the above-indicated address, Defendant tortuously obtained possession of the Program and wrongly converted same to his own use and benefit.

5.    Plaintiff seeks Judgment in its favor and against the Defendant, in the amount of $101,800.00.  A breakdown of the relief requested under each of the three (3) counts of the Plaintiff's complaint is detailed within the Proposed Order concurrently filed.

6.    By and through this Application, Plaintiff also seeks recovery of its attorneys' fees and relevant costs incurred as provided for pursuant to 47 U.S.C. Section 553, *et seq.* and 47 U.S.C. Section 605, *et seq.*

Respectfully submitted,

Dated: September 2, 2008

/s/ *Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
BY: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

**PROOF OF SERVICE (SERVICE BY MAIL)**

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Squire, 1114 Fremont Avenue, South Pasadena, California 91030-3227. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On September 2, 2008, I served:

**NOTICE OF APPLICATION AND APPLICATION FOR DEFAULT JUDGMENT BY THE COURT**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Nery Arriazatrujillo a/k/a Nery J. Trujillo (Defendant)
8727 Spring Vista Way
Spring Valley, CA 91977

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on September 2, 2008, at South Pasadena, California.

Dated: September 2, 2008

_Andrea Chavez_
**ANDREA CHAVEZ**

NOTICE OF APPLICATION AND APPLICATION
FOR DEFAULT JUDGMENT BY THE COURT
CASE NO. CV 08-0321 BEN-JMA
PAGE 4