1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel: 626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Nery Arriazatrujillo, et al. <br><br> Defendant. | Case No. CV 08-0321 BEN-JMA <br><br> DECLARATION OF THOMAS P. RILEY IN SUPPORT OF PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT BY THE COURT AGAINST DEFENDANT NERY ARRIAZATRUJILLO a/k/a NERY J. TRUJILLO, INDIVIDUALLY and d/b/a NERY'S BAR & GRILL |

To: The Clerk of the above-entitled Court:

I, Thomas P. Riley, declare as follows:

1. My firm and I are counsel to J & J Sports Productions, Inc., in the above-entitled action.

2. The Defendant had not appeared in this action and has not responded to the Complaint served upon him within the time permitted by law.

3. Defendant is not infant, incompetent person, or a person in military service or otherwise exempted from default judgment under the Soldiers' and Sailors' Civil Relief Act of 1940.

///

///

DECLARATION OF THOMAS P. RILEY IN SUPPORT OF
PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT
BY THE COURT
CV 08-0321 BEN-JMA
PAGE 1

4. On July 1, 2008, a Request for Entry of Default was filed with the Court regarding Defendant Nery Arriazatrujillo a/k/a Nery J. Trujillo, individually and d/b/a Nery's Bar & Grill, the instant Defendant.

5. Default was entered on July 10, 2008, against Defendant Nery Arriazatrujillo a/k/a Nery J. Trujillo, individually and d/b/a Nery's Bar & Grill.

6. This action involves a claim for damages by Plaintiff J & J Sports Productions, Inc., against Defendant Nery Arriazatrujillo a/k/a Nery J. Trujillo, individually and d/b/a Nery's Bar & Grill for misappropriation of a Championship Boxing Program in violation of 47 U.S.C. Section 605, *et seq.*, and 47 U.S.C. Section 553, *et seq.* Plaintiff further alleges that the Defendant committed tort of Conversion. Plaintiff seeks relief on its causes of action as set forth below.

7. Plaintiff respectfully requests judgment in its favor and that damages be awarded to it, as follows:

| | |
|---|---|
| a. Violation of Title 47 U.S.C. 605 (e)(3)(B)(iii) and (c)(ii): | $50,000.00 |
| b. Violation Title 47 U.S.C. 553 (b)(2) and (c)(2)(c): | $50,000.00 |
| c. Tort of Conversion: | $1,800.00 (approximately) |
| Total Amount of Requested Judgment: | $101,800.00 |

I declare under the penalty of perjury of the laws of the State of California and the United States of America that the above is true and correct.

Respectfully submitted,

Dated: September 2, 2008

/s/ Thomas P. Riley
LAW OFFICES OF THOMAS P. RILEY, P.C.
BY: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

DECLARATION OF THOMAS P. RILEY IN SUPPORT OF
PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT
BY THE COURT
CV 08-0321 BEN-JMA
PAGE 2

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On September 2, 2008, I served:

**DECLARATION OF THOMAS P. RILEY IN SUPPORT OF PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT BY THE COURT**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Nery Arriazatrujillo a/k/a Nery J. Trujillo (Defendant)
8727 Spring Vista Way
Spring Valley, CA 91977

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on September 2, 2008 at South Pasadena, California.

Dated: September 2, 2008

_____
**ANDREA CHAVEZ**

DECLARATION OF THOMAS P. RILEY IN SUPPORT OF
PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT
BY THE COURT
CV 08-0321 BEN-JMA
PAGE 3