Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Nery Arriazatrujillo, et al. <br><br> Defendant. | CASE NO. CV 08-0321 BEN-JMA <br><br> DECLARATION OF AFFIANT |

TO THE CLERK OF THE COURT:

A true and correct copy of the Declaration of Affiant is attached hereto and made part hereof.

Respectfully submitted:

Date: September 2, 2008

/s/ Thomas P. Riley
LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

DECLARATION OF AFFIANT
CASE NO. CV 08-0321 BEN-JMA
PAGE 1

STATE OF __CALIFORNIA__

COUNTY OF __SAN DIEGO__

## AFFIDAVIT

I, the undersigned, being duly sworn according to law deposes and says, that on __February 26TH__, 2006 at
(date)

__7:55 PM__ p.m./a.m, I entered the __NERY'S Bar and Grill__
(time)                                         (trade name of establishment)

located at __7149 El Cajon Blvd., San Diego, Ca. 92115__.
(street address, city, state, zip code)

I paid a cover charge of $ __0__ to enter this establishment. I ordered _____ Drink(s) from the

Bartender/Barmaid/Waitress who was described as __"Lethy" Hispanic Female 25-30 5-4, 150 lbs., Long hair.__
(name, sex, age, ethnicity, distinguishing characteristics)

I observed __3__ televisions located inside this establishment. The televisions can be
(total # of TVs)

described as follows: __2 portable TVs & 1 Large Projection TV__ located __in the pool table__
(make, model, and size of each TV)

__area and the dance floor/dining area of the restaurant.__
(specific location of each TV)

At the time I was inside the above establishment, I observed the following program on the above televisions: ____
__Fighter introductions for Main Event of Mosley vs Vargas. Announcer James Brown, wearing a tuxedo, was announcing on screen. The fighters were making their entrance into the ring. Mat ring was blue with "Rockstar" logo in center. "HBO PPV" logo appeared in the right hand lower corner of the screen.__
(names of fighters or commentators, trunk colors of each fighter/attire of commentators, time remaining in round)

I also observed the following distinguishing items inside the establishment: __Large restaurant with pool table, dining area with tables, dance floor and bar.__
(posters, decorations, pool tables, memorabilia, etc.)

This establishment rates __GOOD__.
(Good, Fair, Poor)

Page 1 of 2

The capacity of this establishment is approximately ___100___ people. At the time of my appearance I counted the number of patrons three (3) separate times. The head counts were ___35-40___, ___35-40___, ___35-40___. A $ 10 dollar cover charge was being charged for after 9:00 PM entry.

I left the above establishment at ___8:30___ p.m./a.m on ___2/25/2006___.
                                                   (time)                               (date)

I also observed the following license plates in the parking lot

1) _____  2) _____  3) _____

4) _____  5) _____  6) _____

Date: _____

Signature of Investigator

Mike Castillo
Name of Investigator (Printed)

TAURUS INVESTIGATIONS
Investigative Agency

(619) 988-7450
Telephone Number of Agency

**NOTARY**

On _MARCH 06, 2006_, before me, _Lynn M. Davis_ Notary Public, personally appeared _MICHAEL A. CASTILLO_ [ ] personally known to me --- or --- [✓] proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity and that by his/her signature on the instrument the person or the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

LYNN M. DAVIS
COMM. #1569826
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
My Comm. Expires April 16, 2008

Signature of Notary

Page 2 of 2





"NERY'S BAR + GRILL"
7149 EL CAJON BLVD
SAN DIEGO, CAL

TAKEN BY:
PAUL MARINO


"NERY'S BAR + GRILL"
7149 EL CAJON BLVD
SAN DIEGO, CAL

TAKEN BY:
PAUL MARINO



# California Department of Alcoholic Beverage Control
## License Query System Summary
### as of 3/5/2006

### License Information
**License Number:** 409570  **Status:** ACTIVE
**Primary Owner:** ARRIAZATRUJILLO NERY
**ABC Office of Application:** SAN DIEGO

### Business Name
**Doing Business As:** NERYS BAR & GRILL

### Business Address
**Address:** 7149 EL CAJON BLVD    **Census Tract:** 0029.05
**City:** SAN DIEGO    **County:** SAN DIEGO
**State:** CA    **Zip Code:** 92115

### Licensee Information
**Licensee:** ARRIAZATRUJILLO NERY

### License Types
1) **License Type:** 41 - ON-SALE BEER AND WINE - EATING PLACE
   **License Type Status:** ACTIVE
   **Status Date:** 29-SEP-2005    **Term:** Month(s)
   **Original Issue Date:** 04-MAY-2004    **Expiration Date:** 30-APR-2006
   **Master:** Y    **Duplicate:** 0    **Fee Code:** NA
   **Condition:** OPERATING RESTRICTIONS

### Current Disciplinary Action
**License Violation Date:**    **Reg. Number:**

### Disciplinary History
**Violation Date:** 15-OCT-2004  **Reg. Number:** 05059784  **Cleared On:** 14-NOV-2005
   **Reporting Agency:** SAN DIEGO P.D. (SD DISTRICT)
   1) **Charge Date:** 15-OCT-2004    **Section Violated:** 24200(a)
      **Charge:** GROUNDS FOR ACTION
   2) **Charge Date:** 15-OCT-2004    **Section Violated:** CCR 143.3(1)(a&b)
      **Charge:** LEWD CONDUCT
   **Proceeding Status:** COMPLETE   **Decision:** SUSPENDED
   **Suspension Days:** 15  **Stayed Days**   **POIC/Fine:** 1170
   **Suspension Start Date:**   **Suspension End Date:**

### Hold Information
. . No Active Holds found . . .

- - - End of Report - - -

For a definition of codes, view our glossary.

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On September 2, 2008, I served:

**DECLARATION OF AFFIANT**

On all parties referenced by enclosing true copies thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Nery Arriazatrujillo a/k/a Nery J. Trujillo (Defendant)
8727 Spring Vista Way
Spring Valley, CA 91977

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on September 2, 2008, at South Pasadena, California.

Dated: September 2, 2008

_____
**ANDREA CHAVEZ**

DECLARATION OF AFFIANT
CASE NO. CV 08-0321 BEN-JMA
PAGE 2